# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

In re: GLOBAL SALES UNLIMITED, LLC    § Case No. 819-70504
§
§
Debtor(s)    §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

R. KENNETH BARNARD, ESQ., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $114,500.00     Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $26,388.79     Claims Discharged
Without Payment: N/A

Total Expenses of Administration: $13,611.21

3) Total gross receipts of $ 40,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $40,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $122,204.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 13,611.21 | 13,611.21 | 13,611.21 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 122,204.00 | 245,851.33 | 245,851.33 | 26,388.79 |
| **TOTAL DISBURSEMENTS** | $244,408.00 | $259,462.54 | $259,462.54 | $40,000.00 |

4) This case was originally filed under Chapter 7 on January 18, 2019. The case was pending for 28 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/15/2021          By: /s/R. KENNETH BARNARD, ESQ.
                                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| preference/avoidance actions | 1241-000 | 40,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$40,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Relang International | 4110-000 | 122,204.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$122,204.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - R. KENNETH BARNARD, ESQ. | 2100-000 | N/A | 4,750.00 | 4,750.00 | 4,750.00 |
| Other - LaMonica, Herbst & Maniscalco LLP | 3210-000 | N/A | 8,190.50 | 8,190.50 | 8,190.50 |
| Other - LaMonica, Herbst & Maniscalco LLP | 3220-000 | N/A | 105.35 | 105.35 | 105.35 |
| Accountant for Trustee Fees (Trustee Firm) - Prager Metis CPA's, LLC | 3310-000 | N/A | 400.00 | 400.00 | 400.00 |
| Other - International Sureties, Ltd | 2300-000 | N/A | 7.58 | 7.58 | 7.58 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 36.22 | 36.22 | 36.22 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 61.89 | 61.89 | 61.89 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 59.67 | 59.67 | 59.67 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $13,611.21 | $13,611.21 | $13,611.21 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Relang International, LLC | 7100-000 | 122,204.00 | 245,349.00 | 245,349.00 | 26,388.79 |
| 2 | Uline, Inc | 7200-000 | N/A | 502.33 | 502.33 | 0.00 |
| NOTFILED | GRL | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Evans & Paul LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $122,204.00 | $245,851.33 | $245,851.33 | $26,388.79 |

UST Form 101-7-TDR (10/1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 819-70504  **Trustee:** (520840) R. KENNETH BARNARD, ESQ.
**Case Name:** GLOBAL SALES UNLIMITED, LLC  **Filed (f) or Converted (c):** 01/18/19 (f)
 **§341(a) Meeting Date:** 02/27/19
**Period Ending:** 06/15/21  **Claims Bar Date:** 05/30/19

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1  Claim against Relang International | 114,500.00 | 0.00 | | 0.00 | FA |
| 2  Finished goods | 0.00 | 0.00 | | 0.00 | FA |
| 3  Miscellaneous inventory | 0.00 | 0.00 | | 0.00 | FA |
| 4  preference/avoidance actions  (u) | 0.00 | 75,000.00 | | 40,000.00 | FA |
| **4   Assets   Totals** (Excluding unknown values) | **$114,500.00** | **$75,000.00** | | **$40,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**  December 31, 2021  **Current Projected Date Of Final Report (TFR):**  March 2, 2021  (Actual)

Printed: 06/15/2021 11:28 AM    V.20.34

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 819-70504  
**Case Name:** GLOBAL SALES UNLIMITED, LLC  

**Taxpayer ID #:** **-***0580  
**Period Ending:** 06/15/21  

**Trustee:** R. KENNETH BARNARD, ESQ. (520840)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******5390 - Checking Account  
**Blanket Bond:** $69,289,805.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/14/20 | {4} | Lamonica Herbst & Maniscalco | Trustee v Evans | 1241-000 | 40,000.00 | | 40,000.00 |
| 12/18/20 | 101 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/18/2020 FOR CASE #819-70504, Pro-rata share of Trustee bond premium | 2300-000 | | 7.58 | 39,992.42 |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 36.22 | 39,956.20 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 61.89 | 39,894.31 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 59.67 | 39,834.64 |
| 04/21/21 | 102 | R. KENNETH BARNARD, ESQ. | Dividend paid 100.00% on $4,750.00, Trustee Compensation;  Reference: | 2100-000 | | 4,750.00 | 35,084.64 |
| 04/21/21 | 103 | LaMonica, Herbst & Maniscalco LLP | Dividend paid 100.00% on $8,190.50, Attorney for Trustee Fees (Other Firm);  Reference: | 3210-000 | | 8,190.50 | 26,894.14 |
| 04/21/21 | 104 | LaMonica, Herbst & Maniscalco LLP | Dividend paid 100.00% on $105.35, Attorney for Trustee Expenses (Other Firm);  Reference: | 3220-000 | | 105.35 | 26,788.79 |
| 04/21/21 | 105 | Prager Metis CPA's, LLC | Dividend paid 100.00% on $400.00, Accountant for Trustee Fees (Trustee Firm); Reference: | 3310-000 | | 400.00 | 26,388.79 |
| 04/21/21 | 106 | Relang International, LLC | Dividend paid  10.75% on $245,349.00; Claim# 1; Filed: $245,349.00; Reference: | 7100-000 | | 26,388.79 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 40,000.00 | 40,000.00 | **$0.00** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 40,000.00 | 40,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$40,000.00** | **$40,000.00** | |

Net Receipts :     40,000.00  
Net Estate :     $40,000.00  

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******5390 | 40,000.00 | 40,000.00 | 0.00 |
| | $40,000.00 | $40,000.00 | $0.00 |

{} Asset reference(s)